## People of the State of Illinois ex rel. Oscar Nelson v. Union Bank of Chicago.

## Victor Bartoli, Sr., Guardian, Appellant, v. Harry R. Spellbrink, Receiver, Appellee.

Gen. No. 40,826.

opinion filed June 24, 1940. Arthur E. Walsh, for appellant; Schuyler & Hennessy, for appellee; Theodore E. Zahler and C. Ernest Heaton, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."